

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, NY 10278*

August 12, 2025

The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**   *United States v. Martin Zazueta Perez, a/k/a "Piyi,"* S5 23 Cr. 180 (KPF)
              *United States v. Kevin Gil Acosta, a/k/a "El 200,"* S6 23 Cr. 180 (KPF)

Dear Judge Ricardo:

      The Government writes to request the unsealing of the above-referenced charging instruments—superseding indictments S5 and S6 23 Cr. 180 (KPF)—against defendants Martin Zazueta Perez and Kevin Gil Acosta. The defendants are being transferred from Mexico and are expected to be presented in this District tomorrow, August 13, 2025.

                                Respectfully submitted,

                                  JAY CLAYTON
                                United States Attorney

                By:     /s/
                       Nicholas S. Bradley / Jane Y. Chong
Dated: August 12, 2025       Sarah L. Kushner / David J. Robles
       New York, NY           Assistant United States Attorneys

**SO ORDERED:**

_____
THE HONORABLE HENRY J. RICARDO
United States Magistrate Judge
Southern District of New York