UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MARTIN ZAZUETA PEREZ,<br><br>Defendant. | 23 Cr. 180-24 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Defendant's arraignment and a *Curcio* hearing on **August 21, 2025** at **10:00 a.m.** The hearing will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  August 18, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge